BERMANT, Respondent, v. KEVENEY, Appellant. (Supreme Court, Appellate Division,

First Department. July 9, 1915.) Action by Jacob W. Bermant against Mary S. Keveney. W. S. Jackson, of New York City, for appellant. A. Furber, of New York City, for respondent.

PER CURIAM. Determination (150 N. Y. Supp. 949) affirmed, with costs. Order filed. See, also, 151 N. Y. Supp. 1104.

INGRAHAM, P. J., and DOWLING, J., dissent.